IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LASALLE BANK NATIONAL ASSOCIATION, )
)
        Plaintiff, )
)
v. )   Case No. 05 mc 11
)
LOGIS LIMITED, )
)
        Defendant. )

## ORDER

THIS CAUSE COMING TO BE HEARD upon LaSalle Bank National Association's Application Pursuant to 28 USC §1782(a) for an Order Permitting it to take discovery pursuant to the Federal Rules of Civil Procedure for use in an action pending in the Supreme Court of Bermuda, due notice having been given and the Court having been advised in the premises,

IT IS HEREBY ORDERED that LaSalle Bank National Association is authorized to issue a subpoena duces tecum directed to Steven P. Williams for the purpose of obtaining documents and taking deposition testimony, pursuant to the Federal Rules of Civil Procedure, in connection with the Judgment entered in the Supreme Court of Bermuda, Civil Jurisdiction, 2003: No. 364.

Dated: March 2, 2005         ENTERED:

                                                    /s/ Joseph J. Farnan Jr.

284531.1 040934-21257